JERRY PERSKY, ATTORNEY-AT-LAW
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 410
Los Angeles, California 90036
Telephone:   (323) 938-4000
Facsimile:   (323) 938-4068
E-mail:      jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARAM ALFAKORI, | ) | CV 18-3673-SJO-MRW |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA |
| v. | ) | FEES |
| | ) | |
| NANCY BERRYHILL, DEPUTY COMMISSIONER FOR OPERATIONS, SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation Awarding Equal Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of three thousand two hundred dollars ($3,200.00)as authorized by 28 U.S.C.§2412(d), subject to the terms of the above-referenced Stipulation.

DATED: May 15, 2019 _____
UNITED STATES MAGISTRATE JUDGE
MICHAEL R. WILNER

[Pleading Title] - 1